# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2414. WALTER MAXON SIMON v. THE STATE.**

A jury found Walter Simon guilty of criminal attempt to commit armed robbery, burglary, and false imprisonment, and his convictions were affirmed on appeal. See *Simon v. State*, 320 Ga. App. 15 (739 SE2d 34) (2013). Simon subsequently filed an extraordinary motion for new trial, which the trial court denied. Simon seeks to appeal this ruling.

Orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). We have no jurisdiction to consider a direct appeal on this matter, and Simon's appeal is thus DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 09/05/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____, *Clerk.*